VITAGRAPH COMPANY OF AMERICA, Respondent, v. ANITA STEWART,

and Another, Appellants.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Scott, Smith and Page, JJ.